JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASSIOPEIA IP LLC,** | **Case No.: 8:19-cv-02065-MWF-DFM** |
| **Plaintiff,** | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **v.** | |
| **YAMAHA CORPORATION OF AMERICA,** | |
| **Defendant.** | |

Having considered the Stipulation of Dismissal With Prejudice filed by Plaintiff Cassiopeia IP LLC, IT IS HEREBY ORDERED that the Stipulation is GRANTED and the above action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: June 10, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge